UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

Jimmy Grinberg,
an individual,

      Plaintiff,

v.

South Broward Hospital District d/b/a
Memorial Healthcare System,

      Defendant.

## COMPLAINT JURY DEMAND

1.  Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA") against Defendant.

## NATURE OF ACTION

2.  Defendant South Broward Hospital District d/b/a Memorial Healthcare System violated the Telephone Consumer Protection Act by placing phone calls to Plaintiff's cellular phone, who was the wrong person, and using an automatic telephone dialing system or pre-recorded or artificial voice.

3.  Plaintiff alleges a violation of his fundamental rights under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA").  Defendant used an automated telephone dialing system or pre-recorded or artificial voice to repeatedly call Plaintiff's cellular phone, which is a per se violation of the TCPA.  47 U.S.C. § 227(b)(1)(A)(iii).

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §1331 and 47 U.S.C. §227. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls to Plaintiff in this District.

## PARTIES

4. Plaintiff, Jimmy Grinberg ("Plaintiff") is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant South Broward Hospital District d/b/a Memorial Healthcare System is a special tax district created by the laws of the State of Florida, and has a principal place of business located at 2900 Corporate Way, Miramar, Florida 33025.

## FACTUAL ALLEGATIONS

6. Defendant, or others acting at its request, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone on numerous occasions.

7. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9. Defendant has left several automated or pre-recorded voice messages on Plaintiff's cell phone number 954-303-XXXX[1] including one on or about June 26, 2015 stating:

> "Hello. This is the patient financial services department of memorial healthcare systems west, this is an important call for Elizabeth Cardid-Salagado (sp?). You can contact one of our customer services representatives at 1.866.549.0695. Once again the number to call is 1.866.549.0695. Thank you"

---

[1] Plaintiff has already provided Defendant's counsel with Plaintiff's cell phone number.

2

10. On several more occasions, Defendant left similar automated or pre-recorded voice messages on Plaintiff's cell phone asking for Elizabeth Cardid-Salagado (sp?).

11. Plaintiff is not Elizabeth Cardid-Salgado, and does not know Elizabeth Cardid-Salgado.

12. Plaintiff has owned this cellular telephone number for at least the last four years.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 12.

10. Defendant, or others acting at its request, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendants' calls violate the TCPA;

c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 21 day of March 2016.

Respectfully submitted,

/s/ Steven Holzman

Steven C. Holzman, Esq.
*Attorney for Plaintiff*
 Fla. Bar. 667617

4400 North Federal Hwy
Lighthouse Point, FL 33064
Telephone:  561-789-5366
scholzmanlaw@gmail.com