UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  0:16-cv-60710-WPD

JIMMY GRINBERG                              )
an individual                                       )
       Plaintiff,                                  )
v.                                                        )
                                                            )
SOUTH BROWARD HOSPITAL DISTRICT )
d/b/a MEMORIAL HEALTHCARE       )
SYSTEM,                                             )
       Defendant.                               )
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff JIMMY GRINBERG ("Grinberg), and Defendant, the SOUTH BROWARD HOSPITAL DISTRICT, d/b/a MEMORIAL HEALTHCARE SYSTEM ("Memorial"), by and through their undersigned counsel, hereby notify the Court they have reached a settlement of all issues, including attorneys' fees and costs.  Grinberg and Memorial are in the process of finalizing the settlement agreement and respectfully request a stay of all remaining deadlines in this case.  It is anticipated that the pertinent stipulation of voluntary dismissal with prejudice will be filed within the next 30 days.

Respectfully submitted this 12th day of May, 2016.

*s/ Steven C. Holzman, Esq.*
Steven C. Holzman, Esq.
Florida Bar No: 667617
4400 N. Federal Highway
Lighthouse Point, Fl. 33064
Phone: 561-789-5366
scholzmanlaw@gmail.com

*Attorneys for Plaintiff, Jimmy Grinberg*

2

*s/ Jorge F. Perera, Esq.*
Thomas G. Aubin
Florida Bar No.: 008060
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301
Phone: (954) 462-9500
Fax:  (954) 462-9567
taubin@stearnsweaver.com
Jorge Freddy Perera, Esq.
Florida Bar No.: 93625
fperera@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Phone: (305) 789-3200
Fax: (305) 789-3395

*Attorneys for Memorial*